UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SHAWN WALTON                                      CASE NO.: 6:17-bk-02120

     Debtor(s).                                         CHAPTER 13
_____/

# CHAPTER 13 PLAN

_____ Debtor(s) certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

   **X** The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor(s) shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

| Payment No. by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (April 2017 – April 2022) | $3,200.00 |

The Debtor(s) shall make plan payments by **money order**, **cashier's check** or **wage deduction**, sent to **Laurie K. Weatherford, Chapter 13 Trustee, PO Box 1103, Memphis, TN 38101-1103**. The **Debtor(s) name and case number must be indicated clearly thereon** and received by the due date.

**2. ADMINISTRATIVE ATTORNEY'S FEES:**

Base Fee $4,000.00  Total Paid Prepetition $2,000.00   Balance Due $2,000.00

| Name of Attorney | Claim Amount | Payment Amt & Months |
|---|---|---|
| Samuel R. Pennington, Esq. *remaining attorney | $2,000.00 | $200.00 (Months 1-10) |
| Samuel R. Pennington, Esq. *monitoring fees | ($50.00 per month, post-confirmation) | $50.00 (Months 7-60) |

**3. PRIORITY CLAIMS (as defined in 11 U.S.C. § 507):**

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| None | | |

**4. TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIM:** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor(s) Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| Wells Fargo Mortgage Ongoing *36 Bass Lake Drive, Debary, FL | $230,998.00 | $1,758.00 (Months 1-60) |

**(B) Claims Secured by Real Property/Debtor(s) Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor(s) shall make the following adequate protection payments to the Trustee: (1) for homestead property, the lesser of 31% of gross disposable monthly income of Debtor(s) and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for non-homestead, income-producing property, 75% of the gross rental income generated from the property:

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| None | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor(s)'s principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| None | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| US Bank 5.25% *2015 Ford F150 | $43,400.00 | $824.00 (Months 1-60) |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Name of Creditor | Claim Amount | Payment Amt & Months |
|---|---|---|
| None | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor(s).** The following secured claims/lease claims are being made via automatic debit/draft from Debtor(s)'s depository account and are to continue to be paid direct to the creditor or lessor by Debtor(s) outside the Plan via automatic debit/draft. The automatic stay is terminated in rem as to Debtor(s) and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor(s)'s state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor(s) proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Name of Creditor | Description of Collateral |
|---|---|
| None | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Name of Creditor | Description of Collateral |
|---|---|
| Wells Fargo Bank *Second Mortgage | 36 Bass Lake Drive, Debary, FL |

**(H) Surrender of Collateral/Leased Property**. Debtor(s) will surrender the following collateral/leased property. The automatic stay is terminated in rem as to Debtor(s) and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Name of Creditor | Description of Collateral |
|---|---|
| None | |

      **(I)**    **Other Secured Claims.**  Debtor(s) does/do not intend to make payments to the following secured creditors.  The automatic stay is terminated in rem as to Debtor(s) and in rem and in personam as to any codebtor with respect to these creditors.  Debtor's(s') state law contract rights and defenses are neither terminated nor abrogated.

| Name of Creditor | Description of Collateral |
|---|---|
| None | |

## 6. LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Description of Collateral | Assume/Reject-Surrender |
|---|---|---|
| None | | |

## 7. GENERAL UNSECURED CREDITORS:
General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $_____.

## 8. ADDITIONAL PROVISIONS:

      (A)    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

      (B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

      (C)    Property of the estate (check one)*

          (1) _____ shall not vest in Debtor(s) until the earlier of Debtor(s)'s discharge or dismissal of this case, unless the Court orders otherwise; or

          (2) ____X____ shall vest in Debtor(s) upon confirmation of the Plan.

*If Debtor(s) fails to check (a) or (b) above, or if Debtor(s) checks both (a) and (b), property of the estate shall not vest in Debtor(s) until the earlier of Debtor(s)'s discharge or dismissal of this case, unless the Court orders otherwise.

      (D)    The amounts listed for claims in this Plan are based upon Debtor(s)'s best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor(s) may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor(s) shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor(s) is not required to file tax returns, Debtor(s) shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor(s) shall provide a complete copy of the tax return, including business returns if Debtor(s) owns a business, together with all related W- 2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor(s) shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor(s) shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. Debtor(s) shall spend no tax refunds without prior court approval.

**9. NONCONFORMING PROVISIONS**:      Attached Spreadsheet

## DECLARATION OF DEBTOR(S)

I, SHAWN WALTON, do hereby declare under penalty of perjury, that I have read the foregoing Chapter 13 Plan and that it is true and correct to the best of my knowledge, understanding and belief.

/s/ Shawn Walton                                             Date:   March 31, 2017
SHAWN WALTON

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been furnished within the United States by regular, postage pre-paid mail or via electronic transmission this 31st day of March, 2017 to all interested parties on the attached mailing matrix.

        PENNINGTON LAW FIRM, PA

        121 S. Orange Avenue, Suite 1500
        Orlando, Florida 32801
        Telephone: (407) 647-8833
        Facsimile: (407) 671-5679
        Attorneys for Debtor(s)

        /s/ SAMUEL R. PENNINGTON
        SAMUEL R. PENNINGON, ESQ.
        Florida Bar No. 779326

| DUE DATE | | 17-0000 | | WALTON | | | | # 350 | | | | | | US BA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30th** | | 3/31/17 | | | 10.0% | | | MONITORING | | WELLS FARGO | | WELLS FARGO | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | FEES | FIRST-ONGOING | | SECOND -STRIP | | |
| | 60 | | 60 | | | | | | | | | | | |
| 4/30/17 | 1 | $98.00 | | $3,200.00 | $320.00 | | $200.00 | | | $1,758.00 | | | | |
| 5/30/17 | 2 | $98.00 | | $3,200.00 | $320.00 | | $200.00 | | | $1,758.00 | | | | |
| 6/30/17 | 3 | $98.00 | | $3,200.00 | $320.00 | | $200.00 | | | $1,758.00 | | | | |
| 7/30/17 | 4 | $98.00 | | $3,200.00 | $320.00 | | $200.00 | | | $1,758.00 | | | | |
| 8/30/17 | 5 | $98.00 | | $3,200.00 | $320.00 | | $200.00 | 5 at | | $1,758.00 | | | | |
| 9/30/17 | 6 | $48.00 | | $3,200.00 | $320.00 | | $200.00 | | $50.00 | $1,758.00 | | | | |
| 10/30/17 | 7 | $48.00 | | $3,200.00 | $320.00 | | $200.00 | | $50.00 | $1,758.00 | | | | |
| 11/30/17 | 8 | $48.00 | | $3,200.00 | $320.00 | | $200.00 | | $50.00 | $1,758.00 | | | | |
| 12/30/17 | 9 | $48.00 | | $3,200.00 | $320.00 | | $200.00 | | $50.00 | $1,758.00 | | | | |
| 1/30/18 | 10 | $48.00 | | $3,200.00 | $320.00 | 10 at | $200.00 | | $50.00 | $1,758.00 | | | | |
| 3/2/18 | 11 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 4/2/18 | 12 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 5/2/18 | 13 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 6/2/18 | 14 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 7/2/18 | 15 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 8/2/18 | 16 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 9/2/18 | 17 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 10/2/18 | 18 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 11/2/18 | 19 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 12/2/18 | 20 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 1/2/19 | 21 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 2/2/19 | 22 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 3/2/19 | 23 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 4/2/19 | 24 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 5/2/19 | 25 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 6/2/19 | 26 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 7/2/19 | 27 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 8/2/19 | 28 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 9/2/19 | 29 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 10/2/19 | 30 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 11/2/19 | 31 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 12/2/19 | 32 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 1/2/20 | 33 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 2/2/20 | 34 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 3/2/20 | 35 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 4/2/20 | 36 | $248.00 | | $3,200.00 | $320.00 | 26 at | | | $50.00 | $1,758.00 | 36 at | | | |
| 5/2/20 | 37 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 6/2/20 | 38 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 7/2/20 | 39 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 8/2/20 | 40 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 9/2/20 | 41 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 10/2/20 | 42 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 11/2/20 | 43 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 12/2/20 | 44 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 1/2/21 | 45 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 2/2/21 | 46 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 3/2/21 | 47 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 4/2/21 | 48 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 5/2/21 | 49 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 6/2/21 | 50 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 7/2/21 | 51 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 8/2/21 | 52 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 9/2/21 | 53 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 10/2/21 | 54 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 11/2/21 | 55 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 12/2/21 | 56 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 1/2/22 | 57 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 2/2/22 | 58 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 3/2/22 | 59 | $248.00 | | $3,200.00 | $320.00 | | | | $50.00 | $1,758.00 | | | | |
| 4/2/22 | 60 | $248.00 | 60 at | **$3,200.00** | $320.00 | 24 at | | 55 at | $50.00 | 60 at | $1,758.00 | 24 at | | 60 at |
| | | $13,130.00 | | $192,000.00 | $19,200.00 | | $2,000.00 | | $2,750.00 | $105,480.00 | | | | |
| | | $1.00 | | | | | ATTY | | | | | | | |
| | | 1313000% | | | | | | | | | | | | |
| | | | | | | | | | | Claim # 350 | | | | |

| DUE DATE 30th | | S BANCORP |
|---|---|---|
| | | 5.25% |
| | 60 | |
| 4/30/17 | 1 | $824.00 |
| 5/30/17 | 2 | $824.00 |
| 6/30/17 | 3 | $824.00 |
| 7/30/17 | 4 | $824.00 |
| 8/30/17 | 5 | $824.00 |
| 9/30/17 | 6 | $824.00 |
| 10/30/17 | 7 | $824.00 |
| 11/30/17 | 8 | $824.00 |
| 12/30/17 | 9 | $824.00 |
| 1/30/18 | 10 | $824.00 |
| 3/2/18 | 11 | $824.00 |
| 4/2/18 | 12 | $824.00 |
| 5/2/18 | 13 | $824.00 |
| 6/2/18 | 14 | $824.00 |
| 7/2/18 | 15 | $824.00 |
| 8/2/18 | 16 | $824.00 |
| 9/2/18 | 17 | $824.00 |
| 10/2/18 | 18 | $824.00 |
| 11/2/18 | 19 | $824.00 |
| 12/2/18 | 20 | $824.00 |
| 1/2/19 | 21 | $824.00 |
| 2/2/19 | 22 | $824.00 |
| 3/2/19 | 23 | $824.00 |
| 4/2/19 | 24 | $824.00 |
| 5/2/19 | 25 | $824.00 |
| 6/2/19 | 26 | $824.00 |
| 7/2/19 | 27 | $824.00 |
| 8/2/19 | 28 | $824.00 |
| 9/2/19 | 29 | $824.00 |
| 10/2/19 | 30 | $824.00 |
| 11/2/19 | 31 | $824.00 |
| 12/2/19 | 32 | $824.00 |
| 1/2/20 | 33 | $824.00 |
| 2/2/20 | 34 | $824.00 |
| 3/2/20 | 35 | $824.00 |
| 4/2/20 | 36 | $824.00 |
| 5/2/20 | 37 | $824.00 |
| 6/2/20 | 38 | $824.00 |
| 7/2/20 | 39 | $824.00 |
| 8/2/20 | 40 | $824.00 |
| 9/2/20 | 41 | $824.00 |
| 10/2/20 | 42 | $824.00 |
| 11/2/20 | 43 | $824.00 |
| 12/2/20 | 44 | $824.00 |
| 1/2/21 | 45 | $824.00 |
| 2/2/21 | 46 | $824.00 |
| 3/2/21 | 47 | $824.00 |
| 4/2/21 | 48 | $824.00 |
| 5/2/21 | 49 | $824.00 |
| 6/2/21 | 50 | $824.00 |
| 7/2/21 | 51 | $824.00 |
| 8/2/21 | 52 | $824.00 |
| 9/2/21 | 53 | $824.00 |
| 10/2/21 | 54 | $824.00 |
| 11/2/21 | 55 | $824.00 |
| 12/2/21 | 56 | $824.00 |
| 1/2/22 | 57 | $824.00 |
| 2/2/22 | 58 | $824.00 |
| 3/2/22 | 59 | $824.00 |
| 4/2/22 | 60 | **$824.00** |
| | | |
| | | $49,440.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-02120<br>Middle District of Florida<br>Orlando<br>Fri Mar 31 17:22:34 EDT 2017 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Capital One<br>General Correspondence<br>Po Box 30285<br>Salt lake City, UT 84130-0285 |
| Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank/Best Buy<br>Citicorp/Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Edward Jones<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | FINRA<br>Attn: Danielle Williams<br>5200 Town Center Circle<br>#200<br>Boca Raton, FL 33486-1017 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Hospital Med Group<br>PO Box 14099<br>Belfast, ME 04915-4034 | GreenbergTraurig<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, IL 60601-4904 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Morgan Stanley<br>c/o Ira N. Glauber, Esq.<br>99 Park Avenue #320<br>New York, NY 10016-1363 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo Bank<br>Mac-F8235-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank<br>Po Box 31557<br>Billings, MT 59107-1557 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Samuel R Pennington<br>Pennington Law Firm, P.A.<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801-3241 |
| Shawn A Walton<br>36 Bass Lake Drive<br>Debary, FL 32713-3191 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Elan Financial Service<br>Po Box 108<br>Saint Louis, MO 63166 | (d)US Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 | (d)US Bank<br>Po Box 5227<br>Cincinnati, OH 45201 |

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21